IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARYELLEN FRESQUEZ,

    Plaintiff,

v.                                                      No. 1:17-cv-01262-SMV-SCY

CHAMA VALLEY INDEPENDENT SCHOOLS,
ANTHONY CASADOS, SUPERINTENDENT,
ERIC MARTINEZ, FORMER HIGH SCHOOL PRINCIPAL,

    Defendants.

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

THIS MATTER having come before the Court on Defendant's Motion to Exceed Page Limits [Doc. No. 44], the Court having reviewed the pleading and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED.

IT IS HEREBY ORDERED that the Defendant shall be permitted to exceed the briefing and exhibit page limits in its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment in this matter.

                                            HONORABLE STEPHAN M. VIDMAR
                                            UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*BROWN LAW FIRM*
*BROWN & GURULÉ*


  */s/Desiree D. Gurulé, 06/07/18*
DESIREE GURULÉ
333 Rio Rancho Blvd., Suite 102
Rio Rancho, NM 87124
(505) 292-9677
(505) 292-9680 (facsimile)
desiree@brownlawnm.com